IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Mario Kemp ) | |
| ) | |
| Plaintiff, ) | Case No: 3:16 CV 50265 |
| ) | |
| v. ) | |
| ) | Judge: Iain D. Johnston |
| IL Dept. of Children and Family Services. ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

Status and motion hearing on Defendant's motion to dismiss [52] for want of prosecution held 11/16/2018. The plaintiff did not appear for the status hearing or motion presentment. According to the motion, the plaintiff did not appear for his deposition scheduled for 11/8/2018, confirmed that day by phone that he would not appear, and has still not responded to the defendants' second set of interrogatories. See Dkt. 52. The Court now notes that the plaintiff has a history of not appearing for status hearings and failed to appear for a status hearing on 9/15/2017. See Dkt. 28. In light of the plaintiff's failure to appear for his deposition, his continuing failure to respond to the defendants' second set of interrogatories, his failure to appear on 11/16/2018 for both the status hearing and the presentment of the motion to dismiss for want of prosecution, and in light of his earlier failure to appear on 9/15/2017, it is this Court's Report and Recommendation that the defendant's motion to dismiss [52] be granted under both Fed. R. Civ. P. 37 and 41(b), along with the termination of the plaintiff's pending motion to compel [46]. Any objection shall be filed by 12/10/2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date:  November 15, 2018                                  /s/ Iain D. Johnston
                                                                            U.S. Magistrate Judge