## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Mario Kemp, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No: 16-CV-50265 |
| | ) | |
| IL Dept. of Children and Family Services, | ) | |
| | ) | |
| *Defendant.* | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [55] by the magistrate judge that defendant's motion to dismiss for want of prosecution [52] be granted under both Fed. R. Civ. Proc. 37 and 41(b) and to deny plaintiff's pending motion to compel [46] as moot. After being afforded a sufficient opportunity, neither party has offered any objection to the R&R. Accordingly, there being no written objection to the R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R. This case is closed.

Date: 12/11/2018                ENTER:

_____
FREDERICK J. KAPALA

District Judge